Certificate Number: 03088-PAW-DE-038651836

Bankruptcy Case Number: 24-20408



03088-PAW-DE-038651836

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2024, at 11:14 o'clock AM CDT, Kathleen C Kluegel completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 10, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor